IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EVELYN R. FOX, individually and on behalf of all similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | MDL DOCKET NO. 1396<br>01- 0677 JRT |
| ST. JUDE MEDICAL, INC., | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) and that each party shall bear their own costs.

DATED: September 7, 2004.

CAPRETZ & ASSOCIATES

By ______________________
James T. Capretz, Esq.
Attorneys for Plaintiff Evelyn R. Fox

DATED: September 1, 2004.

REED SMITH LLP

By ______________________
Steven M. Kohn
Attorneys for Defendant
St. Jude Medical, Inc.