IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.
SILZONE® HEART VALVE PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 01-1396

---

EVELYN R. FOX,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.

Defendant.

MDL CASE SPECIFIC NO. 01-677 JRT

**ORDER ON STIPULATION OF DISMISSAL**

---

James T. Capretz, CAPRETZ & ASSOCIATES, 5000 Birch Street, Suite 2500, Newport Beach, CA 92660, for plaintiff.

Stephen M. Kohn, REED SMITH, 1999 Harris Street, Suite 2400, Oakland, CA 94612, for defendant.

Pursuant to the Stipulation of Dismissal between the parties to this action through their designated counsel,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

Dated: November 9, 2004

s/John R. Tunheim
The Honorable John R. Tunheim
Judge of U.S. District Court
District of Minnesota

DN: 236510