IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.
SILZONE® HEART VALVE PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 01-1396

---

EVELYN R. FOX,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.

Defendant.

MDL CASE SPECIFIC NO. 01-677 JRT

**AMENDED**
**ORDER ON STIPULATION OF DISMISSAL**

---

James T. Capretz, CAPRETZ & ASSOCIATES, 5000 Birch Street, Suite 2500, Newport Beach, CA 92660, for plaintiff.

Stephen M. Kohn, REED SMITH, 1999 Harris Street, Suite 2400, Oakland, CA 94612, for defendant.

On November 5, 2004 a stipulation of dismissal between the parties to this action was filed. On November 9, 2004 the Court entered an Order that dismissed this case with prejudice. This was a clerical error. This case should have been dismissed without prejudice. Therefore, pursuant to Federal Rule of Civil Procedure 60(a) the above-captioned action is dismissed ***without*** prejudice.

**IT IS SO ORDERED.**

Dated: December 1, 2004

s/John R. Tunheim
The Honorable John R. Tunheim
Judge of U.S. District Court
District of Minnesota

DN: 236510